**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF VIRGIN ISLANDS

Case number (if known): _____    Chapter 11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Boyson, Inc. | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0412801 | |
| 4. | Debtor's address | **Principal place of business**<br><br>18-51 Enighed<br>St John, VI 00831<br>Number, Street, City, State & ZIP Code<br><br>Saint John<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box 165<br>St John, VI 00831<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Boyson, Inc.**                                                Case number (*if known*)
         Name

7. Describe debtor's business   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. Under which chapter of the Bankruptcy Code is the debtor filing?   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  Boyson, Inc.
_____
Name

Case number (if known) _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Boyson, Inc.**
      Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 25, 2017**
            MM / DD / YYYY

X  **/s/ Cheryl Boynes-Jackson**
Signature of authorized representative of debtor

**Cheryl Boynes-Jackson**
Printed name

Title  **Vice President**

**18. Signature of attorney**

X  _(signature)_
Signature of attorney for debtor

Date  **January 25, 2017**
      MM / DD / YYYY

Ryan C. Meade
Printed name

Quintairos, Prieto, Wood and Boyer, P.A.
Firm name

1000 Blackbeards Hill, Ste , St Thomas, VI 00802
Number, Street, City, State & ZIP Code

Contact phone (305) 670 1101    Email address  rmeade@qpwblaw.com

1033    VI
Bar number and State

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS
## OF BOYSON, INC.

### JANUARY 25, 2017

The undersigned, being all of the members of the Board of Directors (the "Board") of Boyson, Inc., a U.S. Virgin Islands corporation (the "Company"), do hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by unanimous affirmative vote at a meeting of the Board duly called and held for the purpose of acting on proposals to adopt such resolutions, and direct that this written consent be filed with the minutes of the proceedings of the Company:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Cheryl Boynes-Jackson, the Company's Vice President, and each and every other officer of the Company and their designees (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Virgin Islands, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the law firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as Chapter 11 counsel for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code;

**RESOLVED**, that the law firm of Quintairos, Prieto, Wood & Boyer, P.A., with an office currently located in the U.S. Virgin Islands, be, and it hereby is, employed as local counsel for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the

Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company additional financial advisors, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company, or their designate, be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

MEMBERS OF THE BOARD OF DIRECTORS

*/s/ Cheryl Boynes-Jackson*
Cheryl Boynes-Jackson

*/s/ Noel U. Boynes, Sr.*
Noel U. Boynes, Sr.

*/s/ Bernice Boynes*
Bernice Boynes

Fill in this information to identify the case:

Debtor name: **Boyson, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF VIRGIN ISLANDS**

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 25, 2017**     X **/s/ Cheryl Boynes-Jackson**
                                         Signature of individual signing on behalf of debtor

                                         **Cheryl Boynes-Jackson**
                                         Printed name

                                         **Vice President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Boyson, Inc.
United States Bankruptcy Court for the: DISTRICT OF VIRGIN ISLANDS
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 1537 Financial Services, LLC<br>Attn: Arthur Promerantz<br>PO Box 1632<br>St Thomas, VI 00802 | | | | | | $63,863.91 |
| Banco Popular de Puerto Rico<br>c/o Dudley Topper, et al.<br>1000 Frederiksberg Gade<br>St Thomas, VI 00804 | | | | | | $222,578.12 |
| Bank of Nova Scotia<br>Attn: Thomas O'Neill, Chair<br>Scotia Plaza, 44 King St. West<br>Toronto, Ont., Canada M5H 1H1 | | | | | | $423,249.41 |
| Caterpillar Fin. Svcs. Corp.<br>Attn: Brett T. Parks, Esq.<br>2120 West End Avenue<br>Nashville, TN 37203-0001 | | | | | | $460,137.53 |
| Ditech Financial, LLC<br>PO Box 6172<br>Rapid City, SD 57709-6172 | | | | | | $303,154.96 |
| First Bank Virgin Islands<br>PO Box 309600<br>St Thomas, VI 00803 | | | | | | $12,028.32 |

Debtor   **Boyson, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Global Marine, LLC<br>102 Cruz Bay Quarter<br>St John, VI 00830 | | | | | | $60,000.00 |
| Hodge & Hodge Law Firm<br>1340 Tarrenberg<br>St Thomas, VI 00802 | | | | | | $40,355.64 |
| Innovative<br>4611 Tutu Park<br>St Thomas, VI 00802 | | | | | | $5,498.00 |
| Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $1,010,771.15 |
| Jones Walker LLP<br>Attn: L. Etienne Balart<br>201 St. Charles Ave., Suite 5100<br>New Orleans, LA 70170 | | | | | | $118,057.60 |
| Julie German Evert, Esq.<br>5143 Palm Passage, Suite 10A<br>St Thomas, VI 00802-6494 | | | | | | $49,872.42 |
| Love City Ferries<br>PO Box 12209<br>St Thomas, VI 00801 | | | | | | $25,000.00 |
| Ocean Link Ent., Ltd.<br>c/o Andrew L. Capdeville<br>8000 Niskey Center, Ste 201<br>St Thomas, VI 00804-6576 | | | | | | $19,923.85 |
| Richard Bourne-Vanneck<br>9800 Bucaneer Mall Suite 9<br>St Thomas, VI 00802-2409 | | | | | | $63,000.00 |
| Tri-Island Energy, LLC<br>PO Box 305062<br>St Thomas, VI 00803 | | | | | | $32,981.00 |

Debtor **Boyson, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Virgin Island B. I. R. 6115 Estate Smith Bay Ste 225 St Thomas, VI 00802 | | | | | | $625,000.00 |
| Water & Power Authority PO Box 302636 St Thomas, VI 00803 | | | | | | $20,745.00 |

# United States Bankruptcy Court
## District of Virgin Islands

In re: Boyson, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 25, 2017

/s/ Cheryl Boynes-Jackson
Cheryl Boynes-Jackson/Vice President
Signer/Title

BOYSON, INC.
P.O. BOX 165
ST JOHN, VI 00831

FIRST BANK VIRGIN ISLANDS
PO BOX 309600
ST THOMAS, VI 00803

OCEAN LINK ENT., LTD.
C/O ANDREW L. CAPDEVILLE
8000 NISKEY CENTER, STE 201
ST THOMAS, VI 00804-6576

J. ROBERT WILLIAMSON
SCROGGINS & WILLIAMSON, P.C.
4401 NORTHSIDE PARKWAY
SUITE 450
ATLANTA, GA 30327

GLOBAL MARINE, LLC
102 CRUZ BAY QUARTER
ST JOHN, VI 00830

REVERE HIGH YIELD FUND, LP
105 ROWAYTON AVENUE
SUITE 100
ROWAYTON, CT 06853

1537 FINANCIAL SERVICES, LLC
ATTN: ARTHUR PROMERANTZ
PO BOX 1632
ST THOMAS, VI 00802

HODGE & HODGE LAW FIRM
1340 TARRENBERG
ST THOMAS, VI 00802

RICHARD BOURNE-VANNECK
9800 BUCANEER MALL
SUITE 9
ST THOMAS, VI 00802-2409

ARTHUR'S LEGACY, LLC
PO BOX 60018
ST THOMAS, VI 00801

INNOVATIVE
4611 TUTU PARK
ST THOMAS, VI 00802

STYLISH WILLIS
JEGGE GUT GADE #1
ST THOMAS, VI 00804

BANCO POPULAR DE PUERTO RICO
C/O DUDLEY TOPPER, ET AL.
1000 FREDERIKSBERG GADE
ST THOMAS, VI 00804

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

TRI-ISLAND ENERGY, LLC
PO BOX 305062
ST THOMAS, VI 00803

BANK OF NOVA SCOTIA
ATTN: THOMAS O'NEILL, CHAIR
SCOTIA PLAZA, 44 KING ST. WEST
TORONTO, ONT., CANADA M5H 1H1

JONES WALKER LLP
ATTN: L. ETIENNE BALART
201 ST. CHARLES AVE., SUITE 5100
NEW ORLEANS, LA 70170

US ATTORNEY'S OFFICE
JOCELYN HEWLETT
5500 VETERANS DR., STE. 260
ST THOMAS, VI 00802

CAROL ANN RICH
DUDLEY RICH DAVIS LLP
5194 DONNINGENS GADE, SUITE 3
ST THOMAS, VI 00802

JULIE GERMAN EVERT, ESQ.
5143 PALM PASSAGE, SUITE 10A
ST THOMAS, VI 00802-6494

VIRGIN ISLAND B. I. R.
6115 ESTATE SMITH BAY
STE 225
ST THOMAS, VI 00802

CATERPILLAR FIN. SVCS. CORP.
ATTN: BRETT T. PARKS, ESQ.
2120 WEST END AVENUE
NASHVILLE, TN 37203-0001

KANAAN L. WILHITE, ESQ.
MOORE DODSON & RUSSELL, PC
5035 NORRE GADE, SUITE 201
ST THOMAS, VI 00802

WATER & POWER AUTHORITY
PO BOX 302636
ST THOMAS, VI 00803

DITECH FINANCIAL, LLC
PO BOX 6172
RAPID CITY, SD 57709-6172

LOVE CITY FERRIES
PO BOX 12209
ST THOMAS, VI 00801