IN THE DISTRICT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
ST. THOMAS AND ST. JOHN, VIRGIN ISLANDS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BOYSON, INC., | ) | Case No.: 3:17-bk-30001-MFW |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF J. ROBERT WILLIAMSON

This motion for admission pro hac vice is being filed on behalf of:

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside
4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Tel: (404) 893-3880
Fax: (404) 893-3886
Email: rwilliamson@swlawfirm.com
Georgia Bar No.: 765214
Florida Bar No. 872636

The applicant represents Boyson, Inc.

The applicant is a member in good standing of the bars of the states of Georgia and Florida, is not the subject of disciplinary matters, and will abide by the rules of the United States Bankruptcy Court for the United States Virgin Islands.

Applicant will be associated in this case with Ryan C. Meade, Esq., who is a member of the Bar and Bankruptcy Court in the United States Virgin Islands, V.I. Bar No. 1033.

Applicant has read and shall comply with LBR 9010-1.

In further support of this motion, attached as exhibits are:

1. Executed Pro Hac Vice Application of J. Robert Williamson, Esq.;

2. The Affidavit of J. Robert Williamson, Esq.;

3.  A Certificate of Good Standing for J. Robert Williamson, Esq., issued by the State Bar of Georgia dated January 27, 2017;

4.  A Certificate of Good Standing for J. Robert Williamson, Esq., issued by the Florida Bar dated January 27, 2017; and

5.  A proposed Order of Admission.

Dated this 30th day of January, 2017

1000 Blackbeard's Hill, Suite 10
St. Thomas, VI 00802
T: (340) 693-0230
F: (340) 693-0300
E: rmeade@qpwlaw.com

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

_____
RYAN C. MEADE
VI Bar No. 1033

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive
Atlanta, GA 30303

And via first class, U.S. Mail, postage prepaid on the following:

Boyson, Inc.
c/o Cheryl Boynes-Jackson
18-51 Enighed
St. John, VI 00831

/s/ Ryan C. Meade